IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CHRISTINA R. HARRISON,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC and JOHNSON MARK LLC,

    Defendants.

No. 3:15-cv-00454-PK

OPINION AND ORDER

MOSMAN, J.,

On February 23, 2016, Magistrate Judge Papak issued his Findings and Recommendation (F&R) [38], recommending Plaintiff's Motion for Attorney Fees and Costs [25] and Plaintiff's Bill of Costs [28] should be GRANTED in the total amount of $9,639.68. No objections to the Findings and Recommendation were filed.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a *de novo* determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, *de novo* or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121

1 – OPINION AND ORDER

(9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Papak's recommendation and I ADOPT the F&R [38] as my own opinion.

IT IS SO ORDERED.

DATED this 28 day of March, 2016.

MICHAEL W. MOSMAN
Chief United States District Judge

2 – OPINION AND ORDER